# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COLIN RICE, Individually and for
Others Similarly Situated,

      Plaintiff,

  v.

WALBRIDGE ALDINGER, LLC,

      Defendant/Third-
      Party Plaintiff,

  v.

ENVIRONMENTAL & SAFETY
SOLUTIONS, INC.,

      Third-Party
      Defendant.

Case No. 22-cv-11790
Hon. Jonathan J.C. Grey

_____/

# NOTICE

On August 28, 2024, this Court issued an opinion and order granting Plaintiff Colin Rice's motion for class discovery. (ECF No. 94.) On October 10, 2024, Defendant Walbridge Aldinger, LLC ("Walbridge") filed a motion for reconsideration. (ECF No. 97.) Plaintiff has since filed a motion to compel discovery. (ECF No. 99.)

Local Rule 7.1(h)(3) provides that no response to a motion for reconsideration is permitted unless the Court orders otherwise. The

purpose of this Notice is to inform the parties that the Court will permit Rice to respond to Walbridge's motion, if he wishes to do so. Any response shall be filed within fourteen days from the date of this Notice. No hearing will be held on the motion. Walbridge may file a reply within seven days of service of the response, if it wishes to do so.

|  |  |
|---|---|
|  | **s/ Jonathan J.C. Grey** |
|  | JONATHAN J.C. GREY |
| Dated: December 4, 2024 | UNITED STATES DISTRICT JUDGE |

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 4, 2024.

                             s/ S. Osorio
                             Sandra Osorio
                             Case Manager